**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> LAL RAM HNGAK ) <br> ) <br> ) | DOCKET NO. 3:24-cr-83-MOC <br><br> **BILL OF INDICTMENT** <br><br> Violation: <br> 18 U.S.C. § 2252A(a)(1) <br> 18 U.S.C. § 2252A(a)(5)(B) |

**THE GRAND JURY CHARGES:**

**COUNT ONE**

From on or about May 29, 2023 through on or about June 2, 2023, in Mecklenburg County, within the Western District of North Carolina and elsewhere, the defendant,

**LAL RAM HNGAK,**

knowingly transported and shipped any child pornography, as defined in Title 18, United States Code, Section 2256(8), using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2252A(a)(1) and (b).

**COUNT TWO**

From on or about May 29, 2023 through on or about November 27, 2023, in Mecklenburg County, within the Western District of North Carolina and elsewhere, the defendant,

**LAL RAM HNGAK,**

knowingly possessed, and accessed with intent to view, any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), that involved a prepubescent minor and a minor who had not attained 12 years of age, and that has been mailed, and shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that have been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b).

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of 18 U.S.C. § 2253. The following property is subject to forfeiture in accordance with Section 2253:

a. Any visual depiction or book, magazine, periodical, film, videotape, or other matter which contains any such depiction, which was produced, transported, mailed, shipped, or received during the violations set forth in this bill of indictment;

b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from proceeds of the violations;

c. Any property, real or personal, used or intended to be used to commit or promote the violations; and

d. If, as set forth in 21 U.S.C. § 853(p), any property described in (a), (b), or (c) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant/s to the extent of the value of the property described in (a), (b) and (c).

The Grand Jury finds probable cause that the following property that was seized on or about November 22, 2023 through November 27, 2023, during the course of the investigation of the offenses herein, is subject to forfeiture on one or more of the grounds stated above:

a. One (1) 240 GB ADATA SSD;

b. One (1) 500 GB Samsung 970 EvoPlus SSD;

c. One (1) 480 GB Kingston SSD; and

d. One (1) blue HP laptop computer.

A TRUE BILL

FOREMAN

DENA J. KING
UNITED STATES ATTORNEY

KATHERINE T. ARMSTRONG
ASSISTANT UNITED STATES ATTORNEY